**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 26, 2021

**BY ECF**

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Due to extensions of the discovery deadlines, the parties' joint request to adjourn the Status Conf. from Nov. 5, 2021 until Jan. 6, 2022 at 10:00 am is GRANTED. The conf. will be held by AT&T Teleconf. To access the teleconf., please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. Clerk of Court requested to terminate the motion (doc. 60).
Dated: Nov. 1, 2021 SO ORDERED:

Re: *Brown v. Wetz,*
18 Civ. 11178 (NSR)(JCM)

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

This Office represents defendant Lieutenant Christopher Wetz ("Defendant") in the above-referenced action. The parties jointly submit this letter respectfully requesting to adjourn the Case Management Conference currently scheduled for November 5, 2021.

The parties appeared before Magistrate Judge McCarthy on October 20, 2021. At that time, Judge McCarthy extended the parties' time to complete fact discovery from November 17, 2021 to December 10, 2021. In light of the extension, the parties respectfully request that the Case Management Conference scheduled for November 5, 2021 be adjourned to a date convenient for the Court after the conclusion of fact discovery.

We thank you for your consideration of this application.

Respectfully submitted,

*S/ Julie A. Ortiz*
Julie A. Ortiz
Assistant Attorney General
28 Liberty Street, 18th Floor

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/1/2021__

New York, NY 10005
(212) 416-8476
Julie.Ortiz@ag.ny.gov

cc: Counsel of Record (**BY ECF**)